Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tug Hill Construction, Inc.   v.   John McHugh, Secretary of the Army

No. 15-1320

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   Tug Hill Construction, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Brian R. Dugdale
Law firm: Varela, Lee, Metz & Guarino, LLP
Address: 1600 Tysons Blvd., Suite 900
City, State and ZIP: Tysons Corner, VA 22102
Telephone: (703) 454-0170
Fax #: (703) 454-0169
E-mail address: bdugdale@vlmglaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Dec. 19, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Feb. 11, 2015                         /s/ Brian Dugdale
    Date                         Signature of pro se or counsel

cc: Charles L. Webster III, Esq., Robert E. Kirschman Jr., Esq.

123

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Entry of Appearance was served via U.S. Mail this 11th day of February, 2015, upon the following parties and/or counsel:

Charles L. Webster III, Esq.
Engineer Trial Attorney
U.S. Army Corps of Engineers, Fort Worth District
P.O. Box 17300
Fort Worth, TX 76102

Robert E. Kirschman Jr., Esq.
Commercial Litigation Branch/Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20530

/s/ *Brian R. Dugdale*
Brian R. Dugdale, Esq.
VARELA, LEE, METZ & GUARINO, LLP
1600 Tysons Blvd., Suite 900
Tysons Corner, VA 22102
(703) 454-0170
(703) 454-0169 facsimile
bdugdale@vlmglaw.com

*Attorney for Appellant, Tug Hill Construction, Inc.*